# MINUTE ORDER

Page 6

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**    Date: 12/17/15    Time: 2:00 p.m.

Defendant: Abraham Jose Shiera- Bastidas    J#: 08915-104    Case #: 15-3604-TORRES SEALED

AUSA: Sean Cronin    Attorney: Raul Manon and Sam Rosenthal

Violation: WARR/INDICT/S/D/TX/CONSP to Violate FCPA/Commit Wire Fraud    Surr/Arrest Date: 12/16/2015    YOB: 1963

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: ENGLISH

Disposition:
Motion to Unseal GRANTED.
Counsel appear TEMPORARY.
Defendant held Temporary Pretrial
Detention @ Government request,
risk of flight.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
**PTD Hearing:** 12/22/15    10:00    Miami Duty
**Removal Hearing:** 12/22/15    10:00    Miami Duty
Status Conference RE:
D.A.R. 14:25:06    Time in Court: 3

s/Edwin G. Torres    Magistrate Judge