# EXHIBIT A

2255,APPEAL,BNDDUTY,BNDWCT,CMM,INTERPRETER,PAW

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:09-cr-21010-JEM All Defendants

Case title: USA v. Esquenazi et al

Date Filed: 12/04/2009

Assigned to: Judge Jose E. Martinez
Referred to: Magistrate Judge Patrick A. White

Appeals court case number: 11-15331-CC USCA

### Defendant (1)

**Joel Esquenazi**
57400-112
Tallahassee
Federal Correctional Institution
Inmate Mail/Parcels
501 Capital Circle NE
Tallahassee, FL 32301
*TERMINATED: 10/26/2011*

represented by **Michael James Rosen**
Michael J. Rosen
2937 SW 27 Avenue
Suite 101
Miami, FL 33133
305-446-6116
Fax: 305-446-6150
Email: mjr@mjrosenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Richard John Diaz**
3127 Ponce De Leon Boulevard
Coral Gables, FL 33134-6816
305-444-7181
Fax: 444-8178
Email: Rick@rjdpa.com
*TERMINATED: 10/13/2011*
Designation: Retained

### Pending Counts

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

15:78D.F FOREIGN SECURITIES
EXCHANGES -VIOLATION OF
FOREIGN CORRUPT PRACTICES

### Disposition

Imprisonment: 60 months, to be served
concurrently to each other. Supervised
Release: 3 years, all to run concurrently.
Assessment: $2,100. Restitution:
2,200,000.

Imprisonment: 60 months, to be served
concurrently to each other. Supervised
Release: 3 years, all to run concurrently.

Email: vivian.rosado@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2009 | 1 | MOTION to Seal by USA as to Joel Esquenazi, Carlos Rodriguez, Robert Antoine, Jean Rene Duperval, Marguerite Grandison. Responses due by 12/21/2009 (gm1) (Entered: 12/08/2009) |
| 12/04/2009 | 2 | ORDER granting 1 Motion to Seal as to Joel Esquenazi (1), Carlos Rodriguez (2), Robert Antoine (3), Jean Rene Duperval (4), Marguerite Grandison (5). Signed by Magistrate Judge Peter R. Palermo on 12/4/2009. (gm1) (Entered: 12/08/2009) |
| 12/04/2009 | 3 | INDICTMENT as to Joel Esquenazi (1) count(s) 1, 2-8, 9, 10-21, Carlos Rodriguez (2) count(s) 1, 2-8, 9, 10-21, Robert Antoine (3) count(s) 9, Jean Rene Duperval (4) count(s) 9, 10-21, Marguerite Grandison (5) count(s) 1, 2-8, 9, 10-21 AND FORFEITURE. (gm1) (Entered: 12/08/2009) |
| 12/04/2009 | | Arrest of Jean Rene Duperval (gm1) (Entered: 12/08/2009) |
| 12/07/2009 | 9 | ORDER UNSEALING CASE as to Joel Esquenazi, Carlos Rodriguez, Robert Antoine, Jean Rene Duperval, Marguerite Grandison. Signed by Magistrate Judge Robert L. Dube on 12/7/2009. (gm1) (Entered: 12/08/2009) |
| 12/07/2009 | 10 | Minute Entry for proceedings held before Magistrate Judge Robert L. Dube: Initial Appearance as to Carlos Rodriguez held on 12/7/2009. Case Unsealed. (Digital 14:55:54.) (Tape #09RLD-17 and 18-1.) (gm1) (Entered: 12/08/2009) |
| 12/07/2009 | 11 | Order on Initial Appearance as to Carlos Rodriguez for proceeding held on 12/7/2009. Attorney Arturo V. Hernandez for Carlos Rodriguez added for the defendant. Special Conditions: Surrender all passports and travel documents to the Pretrial Services Office;Report to Pretrial Services as directed;Maintain or actively seek full-time employment;May travel to and from SD/FL and must notify Pretrial Services of travel plans before leaving and upon return;Comply with additional conditions of bond - Electronic Monitoring paid by defendant. Bond as to Carlos Rodriguez (2) $50,000 CSB w/Nebbia, $100,000 10% w/Nebbia and $100,000 PSB co-signed by co-owner of home. Bond to be posted within 24 hours. Tape #09RLD-17 and 18-1 (Digital 14:55:54.) Arraignment set for 1/5/2010 10:00 AM in Miami Division before Duty Magistrate. Report Re: Counsel Hearing set for 1/5/2010 10:00 AM in Miami Division before Duty Magistrate. Signed by Magistrate Judge Robert L. Dube on 12/7/2009. (gm1) (Entered: 12/08/2009) |
| 12/07/2009 | 12 | Report Commencing Criminal Action as to Jean Rene Duperval - DOB: \*\*/\*\*/1966 Prisoner #: 82799-004 (gm1) (Entered: 12/08/2009) |
| 12/07/2009 | 13 | Minute Entry for proceedings held before Magistrate Judge Robert L. Dube: Initial Appearance as to Jean Rene Duperval held on 12/7/2009 (Digital 14:18:44.) (Tape #09RLD-17 and 18-1.) (gm1) (Entered: 12/08/2009) |
| 12/07/2009 | 14 | Order on Initial Appearance as to Jean Rene Duperval for proceeding held on 12/7/2009. Bond as to Jean Rene Duperval (4) temporary pretrial detention. Tape #09RLD-17 and 18-1 (Digital 14:18:44.) Arraignment set for 12/14/2009 10:00 AM in Miami Division before Duty Magistrate. Detention Hearing set for |

| | | |
|---|---|---|
| | | 12/14/2009 10:00 AM in Miami Division before Duty Magistrate. Report Re: Counsel Hearing set for 12/14/2009 10:00 AM in Miami Division before Duty Magistrate. Signed by Magistrate Judge Robert L. Dube on 12/7/2009. (gm1) (Entered: 12/08/2009) |
| 12/07/2009 | 15 | Minute Entry for proceedings held before Magistrate Judge Robert L. Dube: Initial Appearance as to Marguerite Grandison held on 12/7/2009 (Digital 14:18:44.) (Tape #09RLD-17 and 18-1.) (gm1) (Entered: 12/08/2009) |
| 12/07/2009 | 16 | Order on Initial Appearance as to Marguerite Grandison for proceeding held on 12/7/2009. Attorney David Jonathon Joffe for Marguerite Grandison added for the defendant. Special Conditions: Surrender all passports and travel documents to the Pretrial Services Office;Report to Pretrial Services as directed;Comply with additional conditions of bond - Electronic monitoring pad by defendant; Bond as to Marguerite Grandison (5) $50,000 CSB w/Nebbia to be posted within 48 hours. Tape #09RLD-17 and 18-1 (Digital 14:18:44.) Arraignment set for 1/5/2010 10:00 AM in Miami Division before Duty Magistrate. Report Re: Counsel Hearing set for 1/5/2010 10:00 AM in Miami Division before Duty Magistrate. Signed by Magistrate Judge Robert L. Dube on 12/7/2009. (gm1) (Entered: 12/08/2009) |
| 12/07/2009 | 17 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: David Jonathon Joffe appearing for Marguerite Grandison (gm1) (Entered: 12/08/2009) |
| 12/09/2009 | 18 | NOTICE OF ATTORNEY APPEARANCE Nicola J. Mrazek appearing for USA. (Mrazek, Nicola) (Entered: 12/09/2009) |
| 12/09/2009 | 19 | NOTICE OF ATTORNEY APPEARANCE Kevin B. Gerrity appearing for USA. (Gerrity, Kevin) (Entered: 12/09/2009) |
| 12/10/2009 | 20 | $50,000.00 CSB Bond Entered as to Marguerite Grandison. Approved by Magistrate Judge Robert L. Dube. Special Conditions: Surrender all passports and travel documents to the Pretrial Services Office;Report to Pretrial Services as directed and comply with additional conditions of bond: electronic monitoring paid for by the defendant based on his ability to pay. (cg1) (Entered: 12/10/2009) |
| 12/12/2009 | | Arrest of Robert Antoine (gm1) (Entered: 12/16/2009) |
| 12/14/2009 | 21 | STIPULATION *Regarding Nebbia* by Carlos Rodriguez (Hernandez, Arturo) (Entered: 12/14/2009) |
| 12/14/2009 | 22 | NOTICE OF ATTORNEY APPEARANCE: Arturo V. Hernandez appearing for Carlos Rodriguez *as Trial Counsel* (Hernandez, Arturo) (Entered: 12/14/2009) |
| 12/14/2009 | 23 | Minute Entry for proceedings held before Magistrate Judge William C. Turnoff: Status Conference as to Jean Rene Duperval held on 12/14/2009, in re arraignment, pretrial detention and report re csl ( Arraignment reset for 1/5/2010 10:00 AM in Miami Division before Duty Magistrate., Detention Hearing reset for 12/30/2009 01:30 PM in Miami Division before Duty Magistrate., Report Re: Counsel Hearing reset for 12/30/2009 01:30 PM in Miami Division before Duty Magistrate.) (Digital 10:17:47 & 10:22:17.) (Tape #09G-70-289.) (nf) (Entered: 12/14/2009) |
| 12/14/2009 | 24 | Report Commencing Criminal Action as to Robert Antoine - DOB: \*\*/\*\*/1948 Prisoner #: 86708-004 (gm1) (Entered: 12/16/2009) |

| Date | # | Description |
|---|---|---|
| 12/14/2009 | 25 | Minute Entry for proceedings held before Magistrate Judge William C. Turnoff: Initial Appearance as to Robert Antoine held on 12/14/2009 (Digital 14:34:42 / 14:45:00.) (Tape #09G-72-89 and 175.) (gm1) (Entered: 12/16/2009) |
| 12/14/2009 | 26 | Order on Initial Appearance as to Robert Antoine for proceeding held on 12/14/2009. Attorney Dennis Gary Kainen for Robert Antoine added for the defendant. Bond as to Robert Antoine (3) $1,000,000 10% w/Nebbia. Defendant to deposit $100,000 - conditions to be set when nebbia satisfied. Tape #09G-72-89 and 175 (Digital 14:34:42 / 14:45:00.) Arraignment set for 12/28/2009 10:00 AM in Miami Division before Duty Magistrate. Report Re: Counsel Hearing set for 12/18/2009 10:00 AM in Miami Division before Duty Magistrate. Signed by Magistrate Judge William C. Turnoff on 12/14/2009. (gm1) (Entered: 12/16/2009) |
| 12/16/2009 | 27 | Arrest Warrant returned executed on 12/12/09 as to Robert Antoine re 6 Arrest Warrant Issued (tp) (Entered: 12/16/2009) |
| 12/17/2009 | 28 | Minute Entry for proceedings held before Magistrate Judge William C. Turnoff: Nebbia Hearing as to Robert Antoine held on 12/17/2009. Bond Hearing as to Robert Antoine held on 12/17/2009. Nebbia proffer provided on the record. Defendant's daughter, Daphne Antoine, sworn and testified. Government raises its concerns stated on the record re source of some of the funds in proffer. Court accepts Nebbia proffer by defense. Nebbia Satisfied. Special Conditions: Surrender all passports and travel documents to the Pretrial Services Office;Report to Pretrial Services as directed;Comply with additional conditions of bond - Home Confinement/Electronic Monitoring paid by defendant; Travel restricted to SD/FL. Bond set as to Robert Antoine (3) $1,000,000 10%. ( Arraignment set for 1/5/2010 10:00 AM in Miami Division before Duty Magistrate., Report Re: Counsel Hearing set for 1/5/2010 10:00 AM in Miami Division before Duty Magistrate.) (Digital 14:58:36 / 15:29:43.) (Tape #09G-77.) (gm1) (Entered: 12/18/2009) |
| 12/17/2009 | 29 | $1,000,000.00 10% PSB Bond Entered as to Robert Antoine Receipt # 233417 through 233429. Approved by Magistrate Judge William C. Turnoff Special Conditions: Surrender all passports and travel documents to the Pretrial Services Office;Report to Pretrial Services as directed;Home Confinement Program/Electronic Monitoring paid for by the defendant with Home Detention except for medical needs, court appearances, attorney visits, religious services with advance notice to pretrial services.Comply with additional conditions of bond - Travel restricted to SD/FL; All standard conditions. (gm1) BOND CONDITIONS MODIFIED 98 on 2/4/2010 (lw1). (Entered: 12/18/2009) |
| 12/18/2009 | 30 | Minute Entry for proceedings held before Magistrate Judge William C. Turnoff: Status Conference as to Robert Antoine held on 12/18/2009, Report Re: Counsel Hearing reset for 1/5/2010 at 10:00 am in Miami Division before Duty Magistrate. (Digital 10:30:00.) (Tape #09-G-78.) (lcs) (Entered: 12/21/2009) |
| 12/21/2009 | 31 | Rule 5(c)(3)/ Rule 40 Documents received from Central District of California by Joel Esquenazi (tp) (Entered: 12/22/2009) |
| 12/23/2009 | 32 | ORDER CLARIFYING BOND CONDITIONS as to Marguerite Grandison. The following bond condition is hereby clarified: 1) Defendant Grandison's curfew shall be from 10:00 p.m. to 6:30 a.m.; 2) All other terms and conditions of the bond previously imposed by this Court shall remain in full force and effect. |

| | | |
|---|---|---|
| | | Signed by Magistrate Judge Robert L. Dube on 12/23/2009. (cg1) (Entered: 12/23/2009) |
| 12/23/2009 | 34 | Arrest Warrant returned executed on 12/07/09 as to Carlos Rodriguez re 5 Arrest Warrant Issued (tp) (Entered: 12/28/2009) |
| 12/23/2009 | 35 | Arrest Warrant returned executed on 12/06/09 as to Jean Rene Duperval re 7 Arrest Warrant Issued (tp) (Entered: 12/28/2009) |
| 12/28/2009 | 33 | NOTICE OF ATTORNEY APPEARANCE: Roderick Darrell Vereen appearing for Marguerite Grandison (Vereen, Roderick) (Entered: 12/28/2009) |
| 12/30/2009 | 36 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Joseph David Wentworth Beeler appearing for Jean Rene Duperval (Beeler, Joseph David) (Entered: 12/30/2009) |
| 12/30/2009 | 37 | AFFIDAVIT by Jean Rene Duperval signed by : sixteen persons. (Beeler, Joseph David) (Entered: 12/30/2009) |
| 12/30/2009 | 38 | PRETRIAL MEMORANDUM *in opposition to Government's motion for pretrial detention* by Jean Rene Duperval (Beeler, Joseph David) (Entered: 12/30/2009) |
| 12/30/2009 | 39 | Minute Entry for proceedings held before Ch. Magistrate Judge Stephen T. Brown: Detention Hearing as to Jean Rene Duperval held on 12/30/2009. Defendant held in Temporary Pretrial Detention. Report Re: Counsel Hearing as to Jean Rene Duperval held on 12/30/2009. Matter continued. (Arraignment continued to 1/6/2010 at 10:00 AM in Miami Division before Ch. Magistrate Judge Stephen T. Brown., Report Re: Counsel Hearing continued to 1/6/2010 at 10:00 AM in Miami Division before Ch. Magistrate Judge Stephen T. Brown.) (Digital 14:27:52.) (Tape #09D-56.) (lw1) (Entered: 01/04/2010) |
| 12/30/2009 | 40 | Defendant's EXHIBIT LIST with attached Deft's Exhibit 1 as to Jean Rene Duperval from 12/30/09 Hearing 39 before Ch. Magistrate Judge Stephen T. Brown. (lw1) (Entered: 01/04/2010) |
| 01/04/2010 | 41 | MOTION to Modify Conditions of Release *Electronic Monitoring Schedule* by Carlos Rodriguez. Responses due by 1/21/2010 (Attachments: # 1 Text of Proposed Order)(Hernandez, Arturo) (Entered: 01/04/2010) |
| 01/05/2010 | 42 | Minute Entry for proceedings held before Magistrate Judge Barry L. Garber: Status Conference re report re counsel and arraignment as to Robert Antoine held on 1/5/2010. Counsel requests continuance. ( Arraignment RESET for 1/19/2010 10:00 AM in Miami Division before Duty Magistrate. Report Re: Counsel Hearing RESET for 1/19/2010 10:00 AM in Miami Division before Duty Magistrate.) (Digital 10:09:59.) (Tape #10BLG-1.) (gm1) (Entered: 01/05/2010) |
| 01/05/2010 | 43 | Minute Entry for proceedings held before Magistrate Judge Barry L. Garber: Arraignment as to Marguerite Grandison (5) Count 1,2-8,9,10-21 held on 1/5/2010. Reading of Inditment wavied. Not Guilty plea entered Jury trial demanded. SDO requested. Bond set at $50K CBS with nebbia. (Digital 10:04:39.) (Tape #10-BLG-1.) (ag) (Entered: 01/05/2010) |
| 01/05/2010 | 44 | ARRAIGNMENT INFORMATION SHEET Not Guilty Plea entered as to counts Marguerite Grandison (5) Count 1,2-8,9,10-21. Court accepts plea. Arraignment held on 1/5/2010 before Magistrate Judge Barry L. Garber. Defense Counsel |

| | | |
|---|---|---|
| | | Roderick D. Vereen, Attorney. Bond set/continued $50K CBS with nebbia. Tape #10-BLG-1 (Digital 10:04:39.) (ag) (Entered: 01/05/2010) |
| 01/05/2010 | 45 | Minute Entry for proceedings held before Magistrate Judge Barry L. Garber: Arraignment as to Carlos Rodriguez (2) Count 1,2-8,9,10-21 held on 1/5/2010, Motion Hearing as to Carlos Rodriguez held on 1/5/2010 re 41 GRANTING MOTION to Modify Conditions of Release *Electronic Monitoring Schedule* filed by Carlos Rodriguez (Digital 10:08:33.) (Tape #10-BLG-1.) (ag) (Entered: 01/05/2010) |
| 01/05/2010 | 46 | ARRAIGNMENT INFORMATION SHEET Not Guilty Plea entered as to counts Carlos Rodriguez (2) Count 1,2-8,9,10-21. Court accepts plea. Arraignment held on 1/5/2010 before Magistrate Judge Barry L. Garber. Arturo Hernandez, Defense Counsel for Defendant Carlos Rodriguez. Tape #10-BLG-1 (Digital 10:08:33.) (ag) (Entered: 01/05/2010) |
| 01/05/2010 | 47 | ORDER as to Carlos Rodriguez re 41 GRANTING MOTION to Modify Conditions of Release re:Electronic Monitoring Schedule filed by Carlos Rodriguez. The Defendant's daily home detention schedule is modified to 7:00AM to 11:00PM, including weekends. Further, the defendant be allowed to travel within the State of Florida with advance notice to his electronic monitoring supervisor, Torres. Signed by Magistrate Judge Barry L. Garber on 1/5/2010. (ag) (Entered: 01/05/2010) |
| 01/05/2010 | 48 | STANDING DISCOVERY ORDER as to Carlos Rodriguez, Marguerite Grandison. All motions concerning matters not covered by this order must be filed within 28 days of this order. Signed by Magistrate Judge Barry L. Garber on 1/5/2010. (ag) (Entered: 01/05/2010) |
| 01/06/2010 | 49 | Minute Entry for proceedings held before Ch. Magistrate Judge Stephen T. Brown: Bond Hearing as to Jean Rene Duperval held on 1/6/2010, Bond set as to Jean Rene Duperval (4) $525K PSB, $75K 10% Nebbia & $400K PSB (Digital 10:09:10.) (Tape #10-D-1.) (sl) (Entered: 01/07/2010) |
| 01/06/2010 | 50 | AMENDED Minute Entry for proceedings held before Ch. Magistrate Judge Stephen T. Brown: Bond Hearing as to Jean Rene Duperval held on 1/6/2010 (Amended to delete education requirement) (Digital 10:09:10.) (Tape #10-D-1.) (sl) (Entered: 01/07/2010) |
| 01/06/2010 | 63 | SECOND AMENDED Minute Entry for proceedings held before Ch. Magistrate Judge Stephen T. Brown: Detention Hearing as to Jean Rene Duperval held on 1/6/2010 (amended to add condition: surrender travel documents (Digital 10:09:10.) (Tape #10-D-1.) (sl) (Entered: 01/14/2010) |
| 01/07/2010 | 51 | MOTION to transfer related case *and notice of related case* by USA as to Joel Esquenazi, Carlos Rodriguez, Robert Antoine, Jean Rene Duperval, Marguerite Grandison. Responses due by 1/25/2010 (Attachments: # 1 Text of Proposed Order)(Fagan, Aurora) (Entered: 01/07/2010) |
| 01/11/2010 | 52 | NOTICE OF ATTORNEY APPEARANCE: Richard John Diaz appearing for Joel Esquenazi (Diaz, Richard) (Entered: 01/11/2010) |
| 01/11/2010 | 53 | Order on Initial Appearance as to Joel Esquenazi for proceeding held on 1/11/2010 Special Conditions: Surrender all passports and travel documents to the |

| | | |
|---|---|---|
| | | Pretrial Services Office;Report to Pretrial Services as directed;Maintain or actively seek full-time employment;Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;Curfew from 11:00 pm to 7:00 amComply with additional conditions of bondto reside at present address as to Joel Esquenazi (1) $150,000 CSB continued from other district. Arraignment held. Tape #10-FX-3-1212 (Digital 13:4314.). Signed by Magistrate Judge Andrea M. Simonton on 1/11/2010. (tp) (Entered: 01/12/2010) |
| 01/11/2010 | 54 | NOTICE OF ATTORNEY APPEARANCE: Richard John Diaz appearing for Joel Esquenazi (tp) (Entered: 01/12/2010) |
| 01/11/2010 | 58 | Minute Entry for proceedings held before Magistrate Judge Andrea M. Simonton: Initial Appearance as to Joel Esquenazi held on 1/11/2010 (Digital 13:43:14.) (Tape #10-FX-3.) (sl) (Entered: 01/12/2010) |
| 01/12/2010 | 55 | ARRAIGNMENT INFORMATION SHEET Not Guilty Plea entered as to counts Joel Esquenazi (1) Count 1,2-8,9,10-21. Court accepts plea. Arraignment held on 1/12/2010 before Magistrate Judge Andrea M. Simonton. Tape #10-FX-3-1212 (Digital 13:43:14.) (tp) (Entered: 01/12/2010) |
| 01/12/2010 | 56 | STANDING DISCOVERY ORDER as to Joel Esquenazi. All motions concerning matters not covered by this order must be filed within 28 days of this order.. Signed by Magistrate Judge Andrea M. Simonton on 1/11/2010. (tp) (Entered: 01/12/2010) |
| 01/12/2010 | 57 | $150,000 CSB Bond Entered as to Joel Esquenazi Approved by Magistrate Judge Andrea M. Simonton Special Conditions: Surrender all passports and travel documents to the Pretrial Services Office;Report to Pretrial Services as directed;Maintain or actively seek full-time employment;Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;Home Confinement Program with curfew from 11:00 pm to 7:00 am (tp) (Entered: 01/12/2010) |
| 01/12/2010 | 59 | STIPULATION *Regarding Nebbia* by Jean Rene Duperval (Beeler, Joseph David) (Entered: 01/12/2010) |
| 01/13/2010 | 60 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Joel Esquenazi (Diaz, Richard) (Entered: 01/13/2010) |
| 01/14/2010 | 61 | ORDER granting 51 Motion to transfer related case as to Joel Esquenazi (1), Carlos Rodriguez (2), Robert Antoine (3), Jean Rene Duperval (4), Marguerite Grandison (5). Signed by Judge Marcia G. Cooke on 1/14/2010. (im) (Entered: 01/14/2010) |
| 01/14/2010 | 62 | $100,000 10% PSB Bond Entered as to Carlos Rodriguez Receipt # 233405. Approved by Magistrate Judge Chris M. McAliley (sl) (Entered: 01/14/2010) |
| 01/14/2010 | 64 | Case as to Joel Esquenazi, Carlos Rodriguez, Robert Antoine, Jean Rene Duperval, Marguerite Grandison transferred to Judge Jose E. Martinez per Order at DE 61 . Judge Marcia G. Cooke no longer assigned to the case. (bb) (Entered: 01/15/2010) |
| 01/15/2010 | 65 | MOTION for Protective Order by USA as to Joel Esquenazi, Carlos Rodriguez, Robert Antoine, Jean Rene Duperval, Marguerite Grandison. Responses due by |

| Date | # | Description |
|---|---|---|
| | | 2/1/2010 (Attachments: # 1 Text of Proposed Order)(Fagan, Aurora) (Entered: 01/15/2010) |
| 01/15/2010 | 66 | $75,000 10% PSB Bond Entered as to Jean Rene Duperval Receipt # 233450 and 233451. Approved by Magistrate Judge Andrea M. Simonton (sl) (Entered: 01/18/2010) |
| 01/15/2010 | 67 | $525,000 PSB Bond Entered as to Jean Rene Duperval Approved by Magistrate Judge Andrea M. Simonton (sl) (Entered: 01/18/2010) |
| 01/15/2010 | 68 | NEBBIA PROFFER by Jean Rene Duperval (sl) (Entered: 01/18/2010) |
| 01/15/2010 | 69 | ORDER TRANSFERRING CASE as to Joel Esquenazi, Carlos Rodriguez, Robert Antoine, Jean Rene Duperval, Marguerite Grandison to Judge Jose E. Martinez for all further proceedings, accepted and signed on 1/15/10.. Signed by Judge Marcia G. Cooke on 1/14/2010. (tp) (Entered: 01/19/2010) |
| 01/19/2010 | 70 | Minute Entry for proceedings held before Magistrate Judge John J. O'Sullivan: Status re Report re Counsel and Arraignment as to Robert Antoine held on 1/19/2010, ( Arraignment reset for 2/9/2010 10:00 AM in Miami Division before Duty Magistrate., Report Re: Counsel Hearing reset for 2/9/2010 10:00 AM in Miami Division before Duty Magistrate.) (Digital 10:26:38.) (Tape #10-A-4.) (ks) (Entered: 01/19/2010) |
| 01/19/2010 | 71 | Minute Entry for proceedings held before Magistrate Judge John J. O'Sullivan: Status re Report re Counsel and Arraignment as to Jean Rene Duperval held on 1/19/2010, ( Arraignment reset for 2/9/2010 10:00 AM in Miami Division before Magistrate Judge John J. O'Sullivan., Report Re: Counsel Hearing reset for 2/9/2010 10:00 AM in Miami Division before Duty Magistrate.) (Digital 10:27:18.) (Tape #10-A-4.) (ks) (Entered: 01/19/2010) |
| 01/19/2010 | 72 | First RESPONSE to Standing Discovery Order by USA as to Marguerite Grandison (Gerrity, Kevin) (Entered: 01/19/2010) |
| 01/19/2010 | 73 | First RESPONSE to Standing Discovery Order by USA as to Carlos Rodriguez (Gerrity, Kevin) (Entered: 01/19/2010) |
| 01/20/2010 | 74 | PROTECTIVE ORDER Regulating Disclosure of Sensitive Information granting 65 Motion for Protective Order as to Joel Esquenazi (1), Carlos Rodriguez (2), Robert Antoine (3), Jean Rene Duperval (4), Marguerite Grandison (5). Signed by Judge Jose E. Martinez on 1/19/2010. (tp) (Entered: 01/20/2010) |
| 01/20/2010 | 75 | ORDER SETTING CRIMINAL TRIAL DATE & PRETRIAL SCHEDULE: as to Joel Esquenazi, Carlos Rodriguez, Marguerite Grandison Calendar Call set for 2/25/2010 01:30 PM in Miami Division before Judge Jose E. Martinez. Jury Trial set for 3/1/2010 09:30 AM in Miami Division before Judge Jose E. Martinez.Signed by Judge Jose E. Martinez on 1/19/2010. (wh) (Entered: 01/20/2010) |
| 01/25/2010 | 76 | First RESPONSE to Standing Discovery Order by USA as to Joel Esquenazi (Mrazek, Nicola) (Entered: 01/25/2010) |
| 01/26/2010 | 77 | Unopposed MOTION to Modify Conditions of Release by Jean Rene Duperval. Responses due by 2/12/2010 (Bergendahl, John) (Entered: 01/26/2010) |