# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor          Date: 12/28/2015   Time: 10:00 a.m.

Defendant: Abraham Shiera-Bastidas          J#: 08915-104   Case #: 15-3604-TORRES
AUSA: Amanda Perwin                         Attorney: Raul Manon, Esq. (PERM) + Rosenthal
Violation: WARR/IND/SD/TX/CONSP/WIRE FRAUD
Proceeding: Removal Hearing/PTD             CJA Appt:
Bond/PTD Held: ○ Yes ○ No                   Recommended Bond:
Bond Set at: TEMP PTD                       Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

Disposition: The Parties requested a joint continuance. The Request was granted. The Court deemed time excludable pursuant to the Speedy Trial Act 12/28/15 - 1/14/16.

Defendant signed waiver.

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other: _____

NEXT COURT APPEARANCE   Date:       Time:       Judge:       Place:
Report RE Counsel:
(PTD/Bond Hearing:) 1/14   10:00 a.m.   Duty   Miami
Prelim/Arraign or (Removal:) 1/14
Status Conference RE:
D.A.R. 10:01:54                              Time in Court: 5 min