# COURT MINUTES

## Magistrate Judge Andrea M. Simonton

King Building Courtroom 10-6     Date: 1/14/16     Time: 10:00 a.m.

Defendant: **Abraham Shiera-Bastidas**    J#: 08915-104    Case #: 15-3604-Torres

AUSA: Sean Cronin      Attorney: Ann St. Peter Griffith/Daniel Fetterman-PHV

Violation: Warr/Ind/SD/TX/Consp/Wire Fraud/Money Laundering

Proceeding: Detention/Removal     CJA Appt:

Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond: Temp Ptd

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other:

Language: English

**Disposition:**

Daniel Fetterman - PHV (motion pending). Pending motions De's 10, 13 and 15 attached.

Motion for Substitution of Counsel is Granted

Motion for PHV is Granted

STIP PTD w/right to revisit in S/D of Texas (no hrg. held)

Defendant Waives Removal hearing; Ordered removed to the S/D of Texas

---

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:20:38     Time in Court: 8 mins