# United States District Court
## Southern District of Florida

Case No. 15-3604-Torres

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 4:15-cr-654

Abraham Jose Shiera-Bastidas,
(USM# 08915-104)

_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the SD/TX.

Ann St. Peter Griffith, Esq. and Daniel Fetterman, Esq., PHV, were retained to represent the Defendant for proceedings in this District.

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 1/14/16.

/s/ Andrea M. Simonton
Andrea M. Simonton
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|  |  |  |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|  |  |  |