UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABRAHAM JOSE SHIERA-BASTIDAS,<br><br>　　　　　Defendant. | Criminal Case No.: 1:15-MJ-03604-EGT-1 |

**_/ ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on Counsel for Defendant's Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Rule 2B of the CM/ECF Administrative Procedures. (Doc. No. 15). The Court, having reviewed the Motion and other relevant factors, it is hereby

ORDERED that:

The Motion is GRANTED. Daniel J. Fetterman may appear and participate in this action on behalf of Abraham Jose Shiera-Bastidas. The Clerk shall provide electronic notifications of all electronic filings to Daniel J. Fetterman at dfetterman@kasowitz.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of January 2016.

_____
Honorable Andrea M. Simonton
UNITED STATES MAGISTRATE JUDGE