**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

ABRAHAM JOSE SHIERA-BASTIDAS,

           Defendant.

Criminal Case No.:  1:15-MJ-03604-EGT-1

---

## [PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court on Defendant's Motion for Substitution of Counsel, pursuant to Southern District of Florida Local Rules 7.1(a)(1)(F) and 11.1(d)(4).  (Doc. No. 13).  The Court, having reviewed the Motion and other relevant factors, it is hereby

ORDERED that:

The Motion is Granted.  Daniel J. Fetterman and Ann St. Peter-Griffith of the law firm of Kasowitz, Benson, Torres & Friedman LLP, as counsel of record for the Defendant in this action, shall relieve attorneys Raul Manon, P. Jan Kubicz, Samuel Rosenthal, and Joseph Walker of the law firm of Squire Patton Boggs, LLP, of any further responsibility herein.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of January 2016.

Honorable Andrea M. Simonton
UNITED STATES MAGISTRATE JUDGE